# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Patriot Construction, Inc. ) ASBCA No. 59752
)
Under Contract No. W912GY-14-C-0012 )

APPEARANCE FOR THE APPELLANT: Patricia A. Meagher, Esq.
  Rogers Joseph O'Donnell, P.C.
  San Francisco, CA

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  MAJ James P. Leary, JA
  LTC Jose A. Cora, JA
  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 7 January 2016

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59752, Appeal of Patriot Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals